ACCEPTED
12-16-00068-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/16/2016 1:45:33 PM
Pam Estes
CLERK

**CAUSE NO. 12-16-00068-CV**

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/16/2016 1:45:33 PM
PAM ESTES
Clerk

## COURT OF APPEALS
## TWELFTH DISTRICT OF TEXAS

_____

**XTO ENERGY, INC.,**
*APPELLANT*

**V.**

**ELTON GOODWIN,**
*APPELLEE*

_____

On Appeal from Cause No. CV 13-9496
273rd District Court, San Augustine County, Texas
The Honorable Charles Mitchell, presiding

_____

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEE, ELTON GOODWIN**

_____

**TO THE HONORABLE TWELFTH COURT OF APPEALS**:

Elton Goodwin, Appellee, respectfully moves for a second thirty day extension of time within which to file his appellee's brief. His brief is currently due on September 30, 2016, following one extension and Mr. Goodwin requests that deadline be extended by an additional thirty days, up to and including October 30, 2016. The grounds for this motion are:

The undersigned counsel, Deborah Race, is responsible for preparing and filing Mr. Goodwin's brief. In addition to the reasons stated in the prior motion, the undersigned counsel's husband was admitted to the hospital on September 7, 2016, following a sudden illness and is still hospitalized today. As a result, counsel has been unable to work on this brief in the interim and needs the additional extension to catch up once her husband is released.

Appellant XTO Energy, Inc., filed its brief on July 30, 2016, following two extensions. The undersigned counsel has contacted Charles "Skip" Watson, Jr., counsel for appellant, and he has stated he does not oppose this motion.

Date: September 16, 2016

Respectfully submitted,

BY: /s/ Deborah Race
Deborah Race
State Bar No. 16448700
drace@icklaw.com
**IRELAND, CARROLL & KELLEY, P.C.**
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071

**COUNSEL FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

On September 16, 2016, the undersigned counsel for Appellee emailed Mr. Charles R. "Skip" Watson, counsel for Appellant regarding the relief requested in this motion. Mr. Watson does not oppose a 30-day extension.

/s/ Deborah Race

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, a true and correct copy of the foregoing Unopposed Motion for Extension to File Brief of Appellee, Elton Goodwin, was served via EFileTx.Gov e-service on the following counsel of record:

Charles R. "Skip" Watson, Jr.
cwatson@lockelord.com
Mike A. Hatchell
mahatchell@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701
**COUNSEL FOR APPELLANT**

Jason R. Mills
jmills@freemanmillspc.com
Graham K. Simms
gsimms@freemanmillspc.com
Tyler "Gus" A. Clardy
gclardy@freemanmillspc.com
FREEMAN MILLS P.C.
601 Shelley Drive, Ste. 201
Tyler, TX 75701
**COUNSEL FOR APPELLANT**

/s/ Deborah Race